**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1702**

_____

REGINALD LEE,

             Plaintiff - Appellant,

        v.

KEVIN CLARK; JOHN DOE, JR.; RICHARD ROE, Officer, in their
individual and official capacities; BALTIMORE POLICE DEPARTMENT;
THEO FLEET, Officer,

             Defendants - Appellees,

        and

MARTIN O'MALLEY; DOUGLAS L. PATTERSON; BALTIMORE CITY COUNCIL;
CITY OF BALTIMORE; SHEILA DIXON,

             Defendants.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William D. Quarles, Jr., District Judge.
(1:05-cv-00897-WDQ)

_____

Submitted: February 21, 2008      Decided: February 25, 2008

_____

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Reginald Lee, Appellant Pro Se. Karen Stakem Hornig, Assistant Attorney General, Baltimore, Maryland; Patrick Donald Sheridan, William Rowe Phelan, Jr., BALTIMORE POLICE DEPARTMENT, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Lee appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> <u>Lee v. Clark</u>, No. 1:05-cv-00897-WDQ (D. Md. June 26, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>